IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD JOSEPH PORTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-2124 |
| | § | |
| THE APPRAISAL GROUP, INC., | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER OF REMAND

In conformity with the Order Adopting Magistrate Judge's Memorandum and Recommendation signed on November 26, 2012, it is **ORDERED** that the action be **REMANDED** to the 157th District Court of Harris County, Texas.

All relief not granted herein is **DENIED**.

The Clerk will provide a copy of this Order of Remand to the District Clerk of Harris County, Texas.

**SIGNED** at Houston, Texas, on this 26th day of November, 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE